Having reviewed the briefs of the parties and the record on appeal, we conclude no clear error exists. *State v. Drewel*, 835 S.W.2d 494, 496 (Mo.App. E.D.1992). An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

tion for post-conviction relief without an evidentiary hearing.

The trial court's findings of fact are not clearly erroneous; no error of law appears. An opinion would have no precedential value.

The judgment is affirmed. Rule 84.16(b).

**Robert N. LAROSE, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 80587.**

Missouri Court of Appeals,
Eastern District.
Division Four.

Oct. 8, 2002.

Stacey F. Sullivan, Assistant Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, & Joel A. Block, Assistant Attorney General, Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Robert Larose pleaded guilty to kidnapping, sexual abuse, forcible rape, and robbery in the first degree. He appeals from the judgment denying his Rule 24.035 mo-

**BRUNSWICK CORPORATION, INC., Appellant,**

v.

**PACIFICA INVESTMENT CORPORATION and Edward Berg, Respondents.**

**No. ED 79889.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 10, 2002.

Donald Horowitz, St. Louis, MO, for appellant.

Mathew J. Sauter, Deeba Sauter Herd, St. Louis, MO, for respondents.

## *ORDER*

PER CURIAM.

This is an appeal from a court tried case. Judgment was entered for defendants on a petition by plaintiff Brunswick Corporation, Inc. sounding in two counts: the first is on an account, where it was alleged